No. 05–5254. WILLIAMS v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 05–5256. THOMAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 05–5257. BLEWETT v. JETER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 05–5258. ALMAHDI v. UNITED STATES PAROLE COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5260. ADDO v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 05–5263. SCHULTZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 05–5264. SAYRE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 05–5265. ROTHROCK v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 05–5267. HARRIS v. SMITH ET AL. C. A. 7th Cir. Certiorari denied. 

No. 05–5268. GRIFFIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5269. HOLLOWAY v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–5271. TATE v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 05–5272. CAENEN v. ROHLING, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 05–5273. DAVIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–5274. JOHNSON v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.